# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,820,380

Registered Mar. 2, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## VICTORIA'S SECRET PINK

V SECRET CATALOGUE, INC. (DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

    FOR: CLOTHING, NAMELY, BRAS, PANTIES, CAMISOLES, PAJAMAS, SLEEP SHIRTS, ROBES AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

    OWNER OF U.S. REG. NOS. 1,146,199, 2,455,260, AND OTHERS.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

    SN 76-976,203, FILED 1-25-2001.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,992,758

**United States Patent and Trademark Office**

Registered Sep. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## VICTORIA'S SECRET PINK

V SECRET CATALOGUE, INC. (DELAWARE CORPORATION)
1105 NORTH MARKET STREET
WILMINGTON, DE 19801

FOR: CLOTHING, NAMELY, SLIPS, TEDDIES, NIGHTGOWNS, SHIRTS, SWIMWEAR, BODY-SUITS, TAP PANTS, PANTS, SARONGS, GARTER BELTS, STOCKINGS, HOSIERY, PANTYHOSE, SOCKS, TIGHTS AND TEDDIES WITH GARTERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2004; IN COMMERCE 7-0-2004.

OWNER OF U.S. REG. NOS. 1,146,199, 2,455,260, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SN 76-200,191, FILED 1-25-2001.

GENE MACIOL, EXAMINING ATTORNEY

**Int. Cls.: 20 and 24**

**Prior U.S. Cls.: 2, 13, 22, 25, 32, 42 and 50**

**Reg. No. 3,226,760**

## United States Patent and Trademark Office

Registered Apr. 10, 2007

### TRADEMARK
### PRINCIPAL REGISTER

## VICTORIA'S SECRET PINK

VICTORIA'S SECRET STORES BRAND MAN-AGEMENT, INC. (DELAWARE CORPORA-TION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 8-2-2004; IN COMMERCE 8-2-2004.

FOR: BEDDING, NAMELY, BED SKIRTS, BED BLANKETS, COMFORTERS AND BED SHEETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-2-2004; IN COMMERCE 8-2-2004.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,146,199, 2,820,380 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SER. NO. 78-637,752, FILED 5-26-2005.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,234,287**

**United States Patent and Trademark Office** Registered Apr. 24, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# Pink Dog

JONES, ROSETTA L. (UNITED STATES INDIVI-
DUAL)
231 GRASSHOPPER CIRCLE
MOOREVILLE, NC 28117

FOR: SHIRTS, BELTS, HATS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 11-9-2006; IN COMMERCE 11-9-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-409,849, FILED 4-28-2004.

JAMES STEIN, EXAMINING ATTORNEY

**Int. Cls.: 24 and 25**

**Prior U.S. Cls.: 22, 39, 42, and 50**

**Reg. No. 3,386,282**

**United States Patent and Trademark Office**     Registered Feb. 19, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# PHI BETA PINK

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: PILLOWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-12-2005; IN COMMERCE 10-12-2005.

FOR: CLOTHING, NAMELY, BOXER SHORTS, PANTIES, SHIRTS, SLEEPWEAR AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-12-2005; IN COMMERCE 10-12-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SN 78-582,428, FILED 3-8-2005.

ARETHA SOMERVILLE, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

**United States Patent and Trademark Office**

**Reg. No. 3,502,263**

Registered Sep. 16, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# VICTORIA'S SECRET PINK

VICTORIA'S SECRET STORES BRAND MAN-
  AGEMENT, INC. (DELAWARE CORPORA-
  TION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

  FOR: RETAIL STORE SERVICES, MAIL ORDER
CATALOG SERVICES AND ON-LINE RETAIL
STORE SERVICES ALL FEATURING CLOTHING,
PERSONAL CARE PRODUCTS, BAGS, JEWELRY
AND ACCESSORIES, BEDDING AND FOOTWEAR,
IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

  FIRST USE 3-6-2001; IN COMMERCE 3-6-2001.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  OWNER OF U.S. REG. NOS. 1,908,042, 2,992,758,
AND OTHERS.

  SN 77-063,164, FILED 12-13-2006.

  LINDA ESTRADA, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 3,520,974

## United States Patent and Trademark Office

Registered Oct. 21, 2008

### TRADEMARK
### PRINCIPAL REGISTER

## VICTORIA'S SECRET PINK

VICTORIA'S SECRET STORES BRAND MAN-
AGEMENT, INC. (DELAWARE CORPORA-
TION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: PERSONAL CARE PRODUCTS, NAMELY,
BATH OIL, BATH BEADS, BLUSH, COLOGNE,
CREAM FOR THE BODY, CREAM FOR THE FACE,
CREAM FOR THE HANDS, FACE MIST, FRA-
GRANT BODY SPLASH, LOTION FOR THE BODY,
LOTION FOR THE HANDS, LOTION FOR THE
FACE, LIP BALM, LIP GLOSS, LIP MAKEUP PEN-
CILS, LIPSTICK, MAKEUP FOR THE BODY, MA-
KEUP FOR THE FACE, MAKEUP REMOVER,
MASCARA, PERFUME, POWDER FOR THE BODY,
POWDER FOR THE FACE, SHOWER GEL, SOAP

FOR BODY, SOAP FOR FACE, SOAP FOR HANDS,
EYE SHADOW, FOUNDATION, IN CLASS 3 (U.S.
CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-6-2001; IN COMMERCE 3-6-2001.

OWNER OF U.S. REG. NOS. 1,224,782, 1,908,042,
AND 2,165,974.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PINK", APART FROM THE MARK
AS SHOWN.

SN 76-046,788, FILED 5-11-2000.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

**Reg. No. 3,544,100**

Registered Dec. 9, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# DRENCHED IN PINK

VICTORIA'S SECRET STORES BRAND MAN-
AGEMENT, INC. (DELAWARE CORPORA-
TION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: PERSONAL CARE PRODUCTS, NAMELY,
BODY LOTIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 7-10-2007; IN COMMERCE 7-10-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-063,019, FILED 12-13-2006.

MARK PILARO, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,565,927

**United States Patent and Trademark Office**

Registered Jan. 20, 2009

Corrected

OG Date Apr. 21, 2009

**SERVICE MARK**
**PRINCIPAL REGISTER**

# PINK IS LIFE

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,820,380 AND 2,992,758.

FOR: RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELD OF PERSONAL CARE PRODUCTS AND ACCESSORIES, ROOM FRAGRANCE PRODUCTS, JEWELRY, AUDIO TAPES, BEDDING, CLOTHING AND ACCESSORIES, TOYS AND CANDY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-15-2007; IN COMMERCE 2-15-2007.

SER. NO. 78-737,062, FILED 10-20-2005.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 21, 2009.*

**Int. Cl.: 3**

**Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52**

**United States Patent and Trademark Office**

**Reg. No. 3,631,914**

Registered June 2, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# SQUEAKY PINK

VICTORIA'S SECRET STORES BRAND MAN-
AGEMENT, INC. (DELAWARE CORPORA-
TION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

    FOR: SHOWER GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6,
50, 51 AND 52).

    FIRST USE 7-10-2007; IN COMMERCE 7-10-2007.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SN 77-063,002, FILED 12-13-2006.

DAVID COLLIER, EXAMINING ATTORNEY

**Int. Cls.: 16, 18, and 25**

**Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 29, 37, 38, 39, 41, and 50**

## United States Patent and Trademark Office

**Reg. No. 3,665,102**

Registered Aug. 4, 2009

### TRADEMARK
#### PRINCIPAL REGISTER

# PINK UNIVERSITY

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BLANK WRITING JOURNALS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-6-2006; IN COMMERCE 6-6-2006.

FOR: TOTE BAGS, TRAVEL BAGS, PURSES, CLUTCHES, COSMETIC BAGS SOLD EMPTY, ALL PURPOSE CARRYING BAGS, BEACH BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-6-2006; IN COMMERCE 6-6-2006.

FOR: PANTS, ROBES, SOCKS, VESTS, JACKETS, BRAS, PANTIES, T-SHIRTS, TANK TOPS, SWEAT PANTS, SLEEPWEAR, SHIRTS, BOXERS, SCARVES, HATS, BATHROBES, BEACH COVER-UPS, BELTS, BLAZERS, BLOUSES, BOXER SHORTS, CAMISOLES, CAPS, COATS, DRESSES, GLOVES, GOWNS, HALTER TOPS, HEADBANDS, JACKETS, JEANS,

JOGGING SUITS, KNIT SHIRTS, KNIT TOPS, MITTENS, NIGHT GOWNS, NIGHT SHIRTS, PAJAMAS, SHORTS, SKIRTS, SLACKS, SUITS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, SWEAT SUITS, SWEATERS, SWIMSUITS, T-SHIRTS, TANK TOPS, TIGHTS, AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-6-2006; IN COMMERCE 6-6-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,820,380 AND 2,992,758.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SN 78-720,294, FILED 9-26-2005.

WON TEAK OH, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# PINK ME UP

**Reg. No. 3,726,618**
Registered Dec. 15, 2009

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: COSMETIC PENCILS; COSMETIC ROUGES; EYE LINER; EYE MAKE-UP; EYE PEN-
CILS; EYE SHADOWS; FACE POWDER; LIP BALM; LIP GLOSS; NAIL POLISH , IN CLASS
3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**
**PRINCIPAL REGISTER**

FIRST USE 9-4-2009; IN COMMERCE 9-4-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-690,300, FILED 3-13-2009.

LANA PHAM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PINK NATION

**Reg. No. 3,729,795**
Registered Dec. 22, 2009

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 35**

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS AND JEWELRY FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**
**PRINCIPAL REGISTER**

FIRST USE 4-30-2009; IN COMMERCE 4-30-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,820,380, 3,502,263, AND OTHERS.

SN 77-637,012, FILED 12-19-2008.

LANA PHAM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PINK U

**Reg. No. 3,750,738**
Registered Feb. 16, 2010

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 25**

FOR: PANTIES, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK
PRINCIPAL REGISTER**

FIRST USE 8-29-2007; IN COMMERCE 8-29-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,820,380 AND 2,992,758.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SN 78-720,303, FILED 9-26-2005.

WON TEAK OH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LIVE PINK

**Reg. No. 3,782,747**
**Registered Apr. 27, 2010**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: BODY LOTIONS; EAU DE PARFUM; SCENTED BODY SPRAY, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 1-25-2010; IN COMMERCE 1-25-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-979,022, FILED 2-16-2009.

CARRIE GENOVESE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,805,362**

**Registered June 22, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BRAS; JACKETS; PANTIES; SLEEPWEAR; SWEAT PANTS; T-SHIRTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 10-17-2006; IN COMMERCE 10-17-2006.

OWNER OF U.S. REG. NOS. 2,820,380, 3,502,263 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDING "LOVE PINK VICTORIA'S SECRET"
STACKED IN TWO ROWS FOLLOWED BY THE DESIGN OF A DOG INSIDE A HEART.

SEC. 2(F) AS TO "PINK".

SER. NO. 77-583,183, FILED 10-1-2008.

CURTIS FRENCH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,840,101**

**Registered Aug. 31, 2010**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
5 LIMITED PARKWAY EAST
REYNOLDSBURG, OH 43068

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS, JEWELRY AND VARIOUS GIFTS FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-2009; IN COMMERCE 4-30-2009.

OWNER OF U.S. REG. NOS. 2,820,380, 2,992,758, AND 3,226,760.

THE MARK CONSISTS OF THE WORDING "PINK NATION" AND "VICTORIA'S SECRET" WHICH IS LOCATED BENEATH THE TERM "PINK". THE DESIGN OF A HEART CONTAINING WAVY LINES AND THE SILHOUETTE OF A DOG AND CIRCLED WITH FIVE POINTED STARS IS POSITIONED BETWEEN THE TERMS "PINK" AND "NATION".

SER. NO. 77-796,835, FILED 8-4-2009.

KAREN BRACEY, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
### United States Patent and Trademark Office

# LIFE IS PINK

**Reg. No. 3,853,421**
**Registered Sep. 28, 2010**
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY MANAGER
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BODY LOTION; EAU DE PARFUM; FRAGRANCES FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-16-2010; IN COMMERCE 2-16-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,565,927 AND 3,782,747.

SER. NO. 77-941,087, FILED 2-22-2010.

FONG HSU, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HOPE PINK

**Reg. No. 3,883,774**
**Registered Nov. 30, 2010**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: PERSONAL CARE PRODUCTS, NAMELY, EAU DE PARFUM, BODY LOTION AND FRAGRANCE MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-16-2010; IN COMMERCE 2-16-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,502,263, 3,631,914, AND OTHERS.

SN 77-774,655, FILED 7-6-2009.

VERNA BETH RIRIE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,940,420**

**Registered Apr. 5, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
ATTN: SHENIA MIRACLE
5 LIMITED PARKWAY EAST
REYNOLDSBURG, OH 43068

FOR: RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES, PERSONAL CARE PRODUCTS, JEWELRY AND VARIOUS GIFTS FEATURING A BONUS INCENTIVE PROGRAM FOR CUSTOMERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2010; IN COMMERCE 5-1-2010.

OWNER OF U.S. REG. NOS. 1,908,042, 3,840,101 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "1986", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE DESIGN OF A HEART CONTAINING WAVY LINES AND THE SILHOUETTE OF A DOG AND IS ENCIRCLED BY A CARRIER OF NUMEROUS FIVE-POINTED STARS WITH "1986" AND THE WORDS "PINK NATION VICTORIA'S SECRET" UNDERNEATH.

SER. NO. 85-095,542, FILED 7-29-2010.

FRED CARL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

### VICTORIA'S SECRET PINK

**Reg. No. 3,992,764**

**Registered July 12, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY MANAGER
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: SWEATERS; SCARVES; FOOTWEAR; SKIRTS; DRESSES; JEANS; TANK TOPS; COATS; JACKETS; SWEATPANTS; YOGA PANTS; HOODED SWEATSHIRTS; BOXERS; SHORTS; PAJAMAS; LEGGINGS; T-SHIRTS; CARDIGAN; CAMIS; HATS; JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2004; IN COMMERCE 7-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,820,380, 3,520,974 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE
MARK AS SHOWN.

SER. NO. 85-159,962, FILED 10-25-2010.

MATTHEW KLINE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

I ONLY SLEEP IN PINK

**Reg. No. 3,993,100**

**Registered July 12, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY MANAGER
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BOXER SHORTS; CAMISOLES; LEGGINGS; NIGHTSHIRTS; PAJAMAS; PANTS; ROBES; SLEEP SHIRTS; SLEEPWEAR; SLIPPER SOCKS; SLIPPERS; SWEATPANTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-18-2007; IN COMMERCE 9-18-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,234,287, 3,750,738 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PINK", APART FROM THE MARK AS SHOWN.

SER. NO. 85-178,633, FILED 11-17-2010.

CAROLINE WOOD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# ALOHA PINK

**Reg. No. 4,010,593**

**Registered Aug. 9, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
INTELLECTUAL PROPERTY MANAGER
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BODY LOTION; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY
MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-22-2011; IN COMMERCE 3-22-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,520,974, 3,883,774, AND OTHERS.

SN 85-245,358, FILED 2-17-2011.

CAROLINE WOOD, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# HOT FOR PINK

**Reg. No. 4,061,503**
**Registered Nov. 22, 2011**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: BODY LOTIONS; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 8-10-2011; IN COMMERCE 8-10-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,520,974, 3,883,774, AND OTHERS.

SN 85-215,654, FILED 1-12-2011.

CAROLINE WOOD, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# MAKE ME PINK

**Reg. No. 4,061,574**
**Registered Nov. 22, 2011**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: BODY LOTION; DUSTING POWDER; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 8-10-2011; IN COMMERCE 8-10-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,520,974, 3,883,774, AND OTHERS.

SN 85-250,584, FILED 2-24-2011.

CAROLINE WOOD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FOREVER PINK

**Reg. No. 4,061,578**     VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
                                  FOUR LIMITED PARKWAY
**Registered Nov. 22, 2011**    REYNOLDSBURG, OH 43068

**Int. Cl.: 3**            FOR: BODY LOTION; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY
                                  MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**          FIRST USE 8-10-2011; IN COMMERCE 8-10-2011.

**PRINCIPAL REGISTER**    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
                                  TICULAR FONT, STYLE, SIZE, OR COLOR.

                                  OWNER OF U.S. REG. NOS. 3,520,974, 3,883,774, AND OTHERS.

                                  SN 85-251,539, FILED 2-25-2011.

                                  CAROLINE WOOD, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GIVE A LITTLE PINK

**Reg. No. 4,097,199**
**Registered Feb. 7, 2012**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: PERSONAL CARE PRODUCTS, NAMELY, BODY LOTION AND NON-MEDICATED SKIN CARE BODY MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 10-7-2011; IN COMMERCE 10-7-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-296,152, FILED 4-15-2011.

GENE MACIOL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MERRY MERRY PINK

**Reg. No. 4,097,220**
**Registered Feb. 7, 2012**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: PERSONAL CARE PRODUCTS, NAMELY, BODY LOTION AND NON-MEDICATED
SKIN CARE BODY MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 10-7-2011; IN COMMERCE 10-7-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-309,945, FILED 5-2-2011.

GENE MACIOL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# OH WHAT FUN IS PINK

**Reg. No. 4,164,695**
**Registered June 26, 2012**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 3**

FOR: BODY LOTIONS; EAU DE TOILETTE; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 10-7-2011; IN COMMERCE 10-7-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-480,239, FILED 11-23-2011.

LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# PINK BEACH

**Reg. No. 4,219,269**

**Registered Oct. 2, 2012**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

FOR: BODY CREAM; BODY LOTION; BODY SCRUB; BODY WASH; NON-MEDICATED SKIN CARE PREPARATION, NAMELY, BODY MIST; SKIN BRONZER; SKIN BRONZING CREAMS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-14-2012; IN COMMERCE 3-14-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-418,899, FILED 9-9-2011.

MICHAEL WIENER, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# LIFE IS PINK IS LIFE

**Reg. No. 4,336,625**
**Registered May 21, 2013**

VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC. (DELAWARE CORPORATION)
FOUR LIMITED PARKWAY
REYNOLDSBURG, OH 43068

**Int. Cl.: 35**

FOR: RETAIL STORE, CATALOG AND ON-LINE ORDERING SERVICES IN THE FIELD OF PERSONAL CARE PRODUCTS AND ACCESSORIES, ROOM FRAGRANCE PRODUCTS, JEWELRY, BEDDING, CLOTHING AND ACCESSORIES, PLUSH TOYS AND CANDY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 1-26-2006; IN COMMERCE 1-26-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,502,263, 3,631,914 AND OTHERS.

SER. NO. 77-769,884, FILED 6-29-2009.

LANA PHAM, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office